NO. 07-12-0238-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 30, 2012
_____

JASMINE N. FRANCIS,

Appellant

V.

THE STATE OF TEXAS,

Appellees
_____

FROM THE 137th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2012-434,263; HON. JOHN MCCLENDON, PRESIDING
_____

***ON ABATEMENT AND REMAND***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Jasmine N. Francis appeals from her conviction for the offense of injury to a child with intent/knowingly serious bodily injury.  On August 22, 2012, the clerk's record was filed.  The reporter's record was due on August 21, 2012.  On August 24, 2012, the reporter filed a request for an extension of time to file the record, which was granted to September 20, 2012. On September 13, 2012, a second 30-day extension

was sought and granted, because the trial court reporter was ill and a substitute reporter was stepping in to finish the record. On October 30, 2012, a third extension was requested, which was granted to November 26, 2012. On November 26, 2012, the substitute reporter filed a fourth 30-day extension.

Accordingly, we abate this appeal and remand the causes to the 137th District Court of Lubbock County (trial court) for further proceedings. Upon remand, the trial court shall determine, via hearing or other reasonable means:

> when the reporter's record will be transcribed into written form and filed in accordance with the rules of appellate procedure and in a manner that does not further delay the prosecution of this appeal or have the practical effect of depriving the appellant of his right to appeal.

The trial court shall cause the hearing to be transcribed. So too shall it 1) execute findings of fact and conclusions of law addressing the foregoing issue. Additionally, the district court shall then cause those findings of fact and conclusions of law to be filed with the clerk of this court on or before December 31, 2012. Should further time be needed by the trial court to perform these tasks, then same must be requested before December 31, 2012.

It is so ordered.

Per Curiam

Do not publish.

2